

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
*Newark Division*

Ronald Posyton, III

          *Plaintiff*

Vs.

Town of Westfield

          *Defendants*

Case No.: 2:23-cv-01932

## Voluntary Dismissal

This case is dismissed without prejudice according to Rule 41.

Respectfully Submitted,

Dated this 5th day of April 2023

_____
Ronald Posyton, III
113 Sussex Street,
Westfield, NJ 07090
(908) 868-7797
Ronposytoncollege@gmail.com

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/11/2023